UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GEROD ANTONIO HARRISON,

      Plaintiff,

    v.

DAVID, *et al.*,

      Defendants.

Case No. 1:26-cv-02893-FJS (PC)

ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA

Plaintiff Gerod Antonio Harrison ("Plaintiff"), a state prisoner proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983, together with a motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915, in the Fresno Division of the United States District Court for the Eastern District of California on April 16, 2026. (ECF Nos. 1, 2.)

Plaintiff alleges violations of his civil rights that took place in Lassen County, which is part of the Sacramento Division of the United States District Court for the Eastern District of California. Consequently, the complaint should have been filed in the Sacramento Division.

Pursuant to Local Rule 120(f), a civil action that has not been commenced in the proper court may, on the court's own motion, be transferred to the proper court. Therefore, this action will be transferred to the Sacramento Division.

///

///

1

Good cause appearing, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento;

2. All future filings shall refer to the new Sacramento case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814

3. This Court has not ruled on Plaintiff's motion to proceed *in forma pauperis*, (ECF No. 2).

IT IS SO ORDERED.

Dated:    **April 20, 2026**

FRANK J. SINGER
UNITED STATES MAGISTRATE JUDGE

2